**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 23, 2009

Charles R. Fulbruge III
Clerk

No. 08-40954
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

NORBELIO CAMPOS-LAGUNAS, also known as Oscar Campos-Laguna,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:08-CR-486-ALL

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The federal public defender appointed to represent Norbelio Campos-Lagunas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Campos-Lagunas has filed a response. Our independent review of the record, counsel's brief, and Campos-Lagunas's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR.
R. 42.2.